# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2597

_____

SILAS KENDRICKS,

    Appellant,

v.

JUDGE CHARLES W. ARNOLD, for
the Fourth Judicial Circuit and
the STATE OF FLORIDA,

    Appellees.

_____

On appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

August 17, 2018

PER CURIAM.

    AFFIRMED.

ROBERTS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Silas Kendricks, pro se, Appellant.

Julie K. Taylor, General Counsel, Fourth Judicial Circuit, Jacksonville, for Appellee Judge Charles W. Arnold; Pamela Jo Bondi, Attorney General, and Jennifer J. Moore, Assistant Attorney General, Tallahassee, for Appellee State of Florida.